THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE PLATT, Appellant, v. WILFRED L. DENNO, as Warden of Sing Sing Prison, Respondent.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Westchester County, entered August 19, 1964 upon the court's decision dated July 14, 1964, which dismissed the writ and remanded him to respondent's custody. Appeal dismissed, without costs. The release of relator from custody has rendered the appeal academic. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAUL VASQUEZ, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— In a habeas corpus proceeding, relator appeals from a judgment of the Supreme Court, Dutchess County, entered December 23, 1964, which dismissed the writ and remanded him to respondent's custody. Appeal dismissed, without costs. In view of relator's discharge from custody in December, 1965, the appeal has become academic (People ex rel. Morgan v. Fay, 26 A D 2d 623). Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.